## IN THE MATTER OF ABRAHAM NOYES

JOURNAL ENTRIES (1820): *Journal 3:* (1) Petitioner discharged, reasons *p. 90.

PAPERS IN FILE: (1) Writ of habeas corpus and return; (2) petition to justices of the peace for relief; (3) notice to plaintiff of time of hearing; (4) affidavit of petitioner and certificate of justices.